IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

Plaintiff: MICHAEL E. ALLERTON

v.

Defendants: GOVERNMENT PROPERTIES INCOME TRUST, L.L.C., a Massachusetts limited liability company,
and The RMR Group, L.L.C., a Massachusetts Limited Liability Company

---

## COMPLAINT

---

COMES NOW the Plaintiff, Michael E. Allerton, by and through his attorneys, Kiel & Trueax, L.L.C., and for his Complaint against the Defendants, Government Properties Income Trust, L.L.C. and The RMR Group, L.L.C., states and alleges as follows:

1. This action is of a civil nature involving, exclusive of interest and costs, a sum in excess of $75,000. Every issue of law and fact herein is wholly between citizens of different states.

2. Jurisdiction is conferred on this Court by reason of 28 USC §1332(a).

3. Venue is proper by reason of 28 USC 1391(b)(2).

4. At all times mentioned herein, Plaintiff, Michael E. Allerton, was a natural person, a citizen of the United States, domiciled within Jefferson County, State of Colorado, with the intention of remaining there, and a taxpayer of both Jefferson County and the State of Colorado.

5. At all times mentioned herein, Defendant Government Properties Income

Trust, L.L.C. was a Massachusetts Limited Liability Company incorporated under the laws of the State of Delaware, with its principal place of business at Two Newton Place, 255 Washington Street, Suite 300, Newton, Massachusetts 02458.

6. At all times mentioned herein, Defendant Government Properties Income Trust, L.L.C. was a real estate investment trust (REIT) and was the owner of the office property located at 7301 West Mansfield Avenue, Lakewood, Colorado 80235.

7. At all times mentioned herein, Defendant The RMR Group, L.L.C. was a Massachusetts Limited Liability Company incorporated under the laws of the State of Maryland, with its principal place of business at Two Newton Place, 255 Washington Street, Suite 300, Newton, Massachusetts 02458.

8. At all times mentioned herein, Defendant The RMR Group, L.L.C. was a real estate management firm and was responsible for the management, maintenance, and repair of the office property located at 7301 West Mansfield Avenue, Lakewood, Colorado 80235 on behalf of Defendant Government Properties Income Trust, L.L.C.

9. At all times mentioned herein, the office property located at 7301 West Mansfield Avenue, Lakewood, Colorado 80235 was a three building, multi-story office complex with an exterior loading dock which was leased to the Interior Business Center of the United States Department of the Interior.

10. At all times mentioned herein, Plaintiff Michael E. Allerton was employed by Deco, Inc. as a security guard providing security services for the office property located at 7301 West Mansfield Avenue, Lakewood, Colorado 80235.

11. In the early morning hours of January 11, 2015, Plaintiff, Michael E. Allerton, in his capacity as security guard, was patrolling the exterior of the office property located

at 7301 West Mansfield Avenue, Lakewood, Colorado 80235. In order to check the exterior doors of a loading dock, Plaintiff was required to walk along a concrete driveway. While walking on the concrete driveway, Plaintiff slipped and fell backwards on a patch of ice on the driveway.

12. The presence of ice on the concrete driveway presented a dangerous condition to persons walking along the driveway.

13. Defendants Government Properties Income Trust, L.L.C. and The RMR Group, L.L.C., had a duty to Plaintiff and other invitees present upon the premises of 7301 West Mansfield Avenue, Lakewood, Colorado 80235 to maintain and keep the premises, including the concrete driveway access to the loading dock, in a reasonably safe condition and to warn persons of the existence of any dangerous condition on the premises.

14. Defendants Government Properties Income Trust, L.L.C. and The RMR Group, L.L.C., knew or should have known of the existence of the dangerous condition created by the presence of ice on the concrete driveway access to the loading dock.

15. Defendants Government Properties Income Trust, L.L.C. and The RMR Group, L.L.C., through their agents, servants, and employees, unreasonably failed to exercise reasonable care to protect invitees, including Plaintiff, against such a dangerous condition of which it actually knew or should have known.

16. As a direct and proximate result of the unreasonable failure of the Defendants to exercise reasonable care as aforesaid, Plaintiff sustained multiple injuries, pain and suffering, mental anguish, permanent disability, and loss of enjoyment of life.

17. As a further direct and proximate result of the unreasonable failure of the Defendants to exercise reasonable care as aforesaid, Plaintiff has incurred doctors' bills,

hospital bills, bills for medications, and expenses for therapeutic treatment and will in the future incur such bills, costs, and expenses.

18. As a further direct and proximate result of the unreasonable failure of the Defendants to exercise reasonable care as aforesaid, Plaintiff, Michael E. Allerton, has been rendered unable to attend to his usual occupation and duties and will be unable to attend to them in the future. As a result, Plaintiff has sustained a loss of past earnings and his earning capacity has been greatly impaired and will continue to be impaired in the future throughout the rest of his natural life.

WHEREFORE, Plaintiff, Michael E. Allerton, requests that judgment be entered in his favor against Defendants Government Properties Income Trust, L.L.C. and The RMR Group, L.L.C. in an amount to be determined at trial, plus costs, interest from the date of the incident as provided by law, and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted this 11th day of July, 2016.

KIEL & TRUEAX, L.L.C.

By: /s/ Joseph Kiel
Joseph Kiel    No. 16055
7375 East Orchard Road, Suite 300
Greenwood Village, Colorado 80111
(303) 694-2666
Facsimile: (303) 694-2573
Email: klaus0540@aol.com
ATTORNEYS FOR PLAINTIFF

Plaintiff's address:
11622 West Layton Drive
Morrison, Colorado 80465