IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01771-KLM

Plaintiff:   MICHAEL E. ALLERTON

v.

Defendants:   GOVERNMENT PROPERTIES INCOME TRUST, L.L.C.,
a Delaware limited liability company, and The RMR Group, L.L.C.,
a Maryland Limited Liability Company

_____

## STIPULATION OF DISMISSAL
_____

It is hereby stipulated and agreed by and between the parties to the above-entitled cause, that said cause having been settled as to Defendants Government Properties Income Trust, L.L.C., a Delaware Limited Liability Company, and The RMR Group, L.L.C., a Maryland Limited Liability Company, the action may be dismissed with prejudice to Plaintiff, with each party to bear his or its own costs and the court file may be closed.

Dated this 23rd day of October, 2017.

| KIEL & TRUEAX, L.L.C. | COZEN O'CONNOR |
|---|---|
| By:  /s/  Joseph Kiel | By:   /s/   Christopher S. Clemenson |
| Joseph Kiel | Christopher S. Clemenson |
| 7375 East Orchard Road, Suite 300 | Jennifer A. Kennedy-Coggins |
| Greenwood Village, Colorado 80111 | 707 17th Street, Suite 3100 |
| (303) 694-2666 | Denver, Colorado 80202 |
| Attorneys for Plaintiff | (720) 479-3890 |
| | Attorneys for Defendants |